

1910 Pacific Ave, SUITE 13000
DALLAS, TEXAS  75201
(W) 214.451.0164
(F) 214.451.0165
KJPLLC.COM

Jay B. Johnson
214.451.0164
jay@kjpllc.com

February 22, 2021

**BY E-FILING & Facsimile**

The Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Courtroom 14D
500 Pearl St.
New York, NY 10007

The status conference is adjourned until April 16, 2021 at 10 am.

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
2/25/21

RE:   *Rothschild Patent Imaging, LLC v. Axomic, Inc.*
      Case No: 1:20-cv-6970-AKH

Dear Judge Hellerstein:

This letter is to request the adjournment of the Initial Pre-Trial Conference.  Pursuant to Your Honor's Individual Practices 1D the parties respectfully submit this letter motion requesting the adjournment of the Initial Pre-Trial Conference.  Plaintiff has tried unsuccessfully to serve the Defendant in this case.  Due to the coronavirus shut down and the recent inclement weather in Texas, Plaintiff has been unsuccessful in serving the defendant. Plaintiff needs additional time to effect service on this Defendant.  The original date of this Initial Pre-Trial was January 8, 2021.  There has been one previous request for extension of this Initial Pre-Trial Conference.  This request was granted.  There are no additional dates scheduled after this conference.  Defendant has not been served.  Plaintiff proposes that the Pre-Trial Conference be extended 45 days to April 12, 2021.

.The undersigned are available if the court has any questions.

                                        Sincerely,

                                        */s/ Jay B. Johnson*
                                        Jay B. Johnson
                                        Kizzia Johnson, PLLC
                                        1910 Pacific Ave
                                        Suite 13000
                                        Dallas, TX 75201
                                        jay@kjpllc.com

                                        Counsel for Rothschild Patent Imaging, LLC